**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CONNIE COX**                                                                                   **PETITIONER**

**v.**                      **Case No. 4:20-cv-00775 LPR-PSH**

**UNITED STATES OF AMERICA**                                        **RESPONDENT**

**ORDER**

Petitioner Connie Cox ("Cox") began the above-styled case by filing a motion for compassionate release as a result of the threat posed by an outbreak of the Coronavirus in the place of her confinement.[1] The Clerk of the Court docketed the pleading as one seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The screening process revealed three issues with the pleading. First, a sentence computation sheet submitted by Ms. Cox reflects that her sentence was imposed in the United States District Court for the Western District of Arkansas ("Western District"). Second, the caption of the pleading reflects that she may have intended to file it in the Western District. Third, she is currently housed at SPC Aliceville, Alabama.

Having reviewed the record in this case, the Court withdraws the reference. Venue is likely proper in the Western District, and the interests of justice would best be served by transferring this case there. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 1406(a).[2] This case is therefore transferred to the Western District, Hot Springs Division. The transfer is immediate because the receiving court is within the Eighth Circuit. *Cf. In Re Nine Mile Limited*, 673 F.2d 242, 244 (8th Cir. 1982).

---

[1] Cox failed, however, to pay the filing fee or file an application for leave to proceed in forma pauperis.

[2] The Court will leave it to the Western District to further screen this case and determine whether jurisdiction lies within that district.

2

IT IS SO ORDERED this 29th day of June 2020.

                                                _____
                                                LEE P. RUDOFSKY
                                                UNITED STATES DISTRICT JUDGE